**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re | |
| **ATLANTIS WATER SOLUTIONS, LLC,** | Case No. **18-60060-7** |
| Debtor. | |
| **STEVEN BALDWIN and SHELLY BALDWIN,** | |
| Plaintiffs, | Adversary Proceeding No.  **18-00016** |
| -vs- | |
| **ATLANTIS WATER SOLUTIONS, LLC, and IOFINA RESOURCES INC.,** | |
| Defendant. | |

## *O R D E R*

At Butte in said District this 28th day of March, 2018.

In this adversary proceeding which was removed from the Montana Fifteenth Judicial District Court, Roosevelt County, after review of the docket and pleadings this Court deems it appropriate to set the above-captioned adversary proceeding for a status/scheduling conference. Accordingly,

**IT IS ORDERED** and **NOTICE IS HEREBY GIVEN** that the parties **SHALL**

1

participate in a status/scheduling conference, **TUESDAY, MAY 8, 2018, at 1:15 p.m.** To participate

in the telephonic conference the parties shall, on the aforementioned date and time, dial into the Court's

telephonic conferencing system at 858-812-0972, and when prompted enter the Numeric ID # 3000001.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana