# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>ATLANTIS WATER SOLUTIONS, LLC,<br><br>        Debtor.<br><br>_____<br><br>STEVEN BALDWIN and SHELLEY BALDWIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>ATLANTIS WATER SOLUTIONS, LLC and IOFINA RESOURCES, INC.,<br><br>        Defendants. | Case No. 18-60060-7<br><br>Adv. No. 18-00016-BPH<br><br>**ORDER EXTENDING PRETRIAL MOTIONS DEADLINE** |

At Butte in said District this 23rd day of August, 2018.

The Court having reviewed Defendants' unopposed motion to extend deadline for filing pretrial motions as set forth in the scheduling order dated May 10, 2018[1], and good cause appearing therefrom;

IT IS HEREBY ORDERED that any and all pretrial motions, together with supporting memoranda or other materials, must be filed and served on or before **August 28, 2018.** Any motions filed after the August 28, 2018, deadline will not be considered by the Court.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

---

[1] Doc. # 9.